UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANNETTE JULIAO,<br><br>         Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,[1]<br><br>         Defendant. | No. 21-CV-5225 (KMK)<br><br>ORDER ADOPTING REPORT & RECOMMENDATION |

KENNETH M. KARAS, District Judge:

  Jannette Juliao ("Plaintiff") brings this Action pursuant to 42 U.S.C. § 405(g), seeking judicial review of the final decision of the now-former Commissioner of Social Security, who has since been replaced by the Acting Commissioner of Social Security (the "Acting Commissioner" or "Defendant"), which denied her application for disability insurance benefits and/or supplemental security income benefits. (Dkt. No. 1.) Plaintiff and Defendant cross-move for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. (Dkt. Nos. 14, 19.)

  The case was referred to the Honorable Paul E. Davison ("Judge Davison"). On July 7, 2022, Judge Davison issued a Report and Recommendation ("R&R") recommending that the Court grant Defendant's Motion and deny Plaintiff's Motion. (Dkt. No. 22.) The

---

[1] Kilolo Kijakazi became the Acting Commissioner on July 9, 2021. She is substituted for the former Commissioner, Andrew Saul, Pursuant to Fed. R. Civ. P. 25(d).

Parties did not file any objections to the R&R. (*See generally* Dkt.)[2]

"When no objections are filed, the Court reviews an R&R on a dispositive motion for clear error." *Disla v. Comm'r of Soc. Sec.*, No. 20-CV-6663, 2022 WL 1063067, at *1 (S.D.N.Y. Mar. 30, 2022); *see also Brito v. Comm'r of Soc. Sec.*, No. 19-CV-10631, 2022 WL 1002698, at *1 (S.D.N.Y. Mar. 30, 2022) (same); *Bickram v. Comm'r of Soc. Sec.*, No. 18-CV-1160, 2021 WL 2665876, at *1 (S.D.N.Y. June 29, 2021) (same). The Court has reviewed the R&R and finding no substantive error, clear or otherwise, adopts the R&R.

Accordingly, it is hereby:

ORDERED that the Report and Recommendation, dated July 7, 2022, is ADOPTED in its entirety.

ORDERED that Plaintiff's Motion for Judgment on the Pleadings is denied.

ORDERED that Defendant's Motion for Judgment on the Pleadings is granted.

ORDERED that judgment be entered in favor of the Acting Commissioner.

The Clerk of Court is respectfully requested to terminate the pending Motions, (Dkt. Nos. 14, 19), and close this case.

SO ORDERED.

DATED:   August 2, 2022
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

---

[2] Judge Davison provided notice that, pursuant to 28 U.S.C. § 636(b)(l) and Rule 72(b) of the Federal Rules of Civil Procedure, objections to the R&R were due within fourteen days after being served with a copy. (R&R 30.)