**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JANNETTE JULIAO,

                Plaintiff,                21 **CIVIL** 5225 (KMK)

     -v-                                  **JUDGMENT**

KILOLO KIJAZAKI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 2, 2022, the Report and Recommendation is ADOPTED in its entirety. Plaintiff's Motion for Judgment on the Pleadings is denied. Defendant's Motion for Judgment on the Pleadings is granted and judgment is entered in favor of the Acting Commissioner; accordingly, the case is closed.

**Dated:** New York, New York
        August 2, 2022

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                           **BY:**      K. Mango
                                                    **Deputy Clerk**